PROOF OF SERVICE
*This section should not be filed with the court unless required by* Fed.. R. Civ. P. 4(1)

This summons for *(name of individual and title, if any)* __Rocky Mountain Mechanical, Inc__
was received by me on *(date)* __4/8/16__.

☐ I personally served the summons and complaint on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons and complaint at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons and complaint on *(name of individual)* __Connie Davis__
who is designated by law to accept service of process on behalf of *(name of organization)*
__Rocky Mountain Mechanical, INC__ on *(date)* __4/11/16__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __4/12/16__         __Calvin Haines__
                              *Server's signature*

                         __Calvin Haines # 14370__
                              *Printed name and title*

                         __PO Box 4402, Missoula, MT 59806__
                              *Server's address*

Additional information regarding attempted service, etc.