HON. THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST SHEET METAL WORKERS WELFARE FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROCKY MOUNTAIN MECHANICAL, INC., <br> Defendant. | No. 2:16-cv-00458-TSZ <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

**TO:** ROCKY MOUNTAIN MECHANICAL, INC.

PLEASE TAKE NOTICE that the above-entitled action is hereby dismissed with prejudice.

DATED this 6th day of May, 2016.

s/ Daniel Hutzenbiler
Daniel Hutzenbiler, WSBA No. 36938
Margaret Burnham, WSBA No. 47860
Robblee Detwiler & Black
2101 Fourth Ave, Suite 1000
Seattle, WA 98121
Telephone: (206) 467-6700
Fax: (206) 467-7589
E-mail:dhutzenbiler@unionattorneysnw.com
         mburnham@unionattorneysnw.com

Attorneys for Plaintiffs

NOTICE OF VOLUNTARY WITHDRAWAL -
No. 2:16-cv-00458-TSZ - 1

LAW OFFICES OF
ROBBLEE DETWILER & BLACK
============================
2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121
(206) 467.6700·· FAX (206) 467.7589